IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:04CR3049 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **MEMORANDUM** |
| RAUL O. LOBO and MIGUEL OMAR | ) | **AND ORDER** |
| FIGUEROA CARDONA, | ) | |
| | ) | |
| Defendants. | ) | |

I am informed by the Probation Office that Raul Lobo was involved in an altercation with two young men. One of the young men is the son of one of my staff members. Under the circumstances, I will recuse myself and request that Chief Judge Bataillon reassign the entire case. Accordingly,

IT IS ORDERED that:

(1) The undersigned recuses himself from the entire case.

(2) Chief Judge Bataillon is requested to reassign this case to another district judge.

September 9, 2008.          BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge